**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: Groom, Larry                                               Case No. 21-30578KKS
       Groom, Renee                                                     Chapter 7
_____/

## REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:    Debtor(s), Creditors and Parties in Interest

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: Deposits of money: $2,400.00

2. **Manner of Sale**: Private ( X )*      Public Auction (  )

3. **Terms of Sale**: Private sale to Larry and Renee Groom, the debtors, for the sum of $2,400.00 in monthly installments of $200.00 per month, beginning December 15, 2021 and continuing each month thereafter until paid in full.

  * (Applicable to private sales only) The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business on November 23, 2021.

    NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: 11/2/21                                        /s/ Sherry Fowler Chancellor,_____
                                                                         SHERRY FOWLER CHANCELLOR, Trustee
Mailed: 11/2/21                                         619 W. Chase Street, PENSACOLA, FL 32502
                                                                         (850) 436-8445

Copies mailed to all parties listed on the attached Court's mailing matrix on November 2, 2021 by R. Chancellor
                                                                                                /s/ Rhett Chancellor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 21-30578-KKS<br>Northern District of Florida<br>Pensacola<br>Tue Nov  2 16:31:54 EDT 2021 | Eglin Federal Credit Union<br>838 Eglin Parkway NE<br>Fort Walton Beach, FL 32547-2781 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Truist Bank<br>Bankruptcy Department<br>VA-RVW-3034<br>P.O. Box 27767<br>Richmond, VA 23261-7767 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |
| U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta, GA 30326-1382 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Eglin Federal Credit Union<br>180 Main Street<br>Destin, FL 32541-2502 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Suntrust Bank<br>P.O. Box 79041<br>Baltimore, MD 21279-0041 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | paypal<br>P.O. Box 5138<br>Timonium, MD 21094-5138 |
| Aaron B. Wentz<br>Aaron B. Wentz, P.A.<br>814A Shadow Lane<br>Fort Walton Beach, FL 32547-1282 | Larry E. Groom<br>4010 Dancing Cloud Court, Unit 399<br>Destin, FL 32541-8573 | Merrick B. Garland<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Renee G. Groom<br>4010 Dancing Cloud Court, Unit 399<br>Destin, FL 32541-8573 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32501 | (d)U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | Wyndham Vacation Ownership<br>Attn: Bankruptcy<br>Po Box 98940<br>Las Vegas, NV 89193 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC        End of Label Matrix
PO Box 41021                              Mailable recipients    22
Norfolk, VA 23541-1021                    Bypassed recipients     1
                                          Total                  23
```